UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TRACY ATKINSON,<br>    Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR, LLC D/B/A<br>MOMENTUM SOLAR,<br>    Defendant. | C.A. No.: SA:21-cv-00178 OLG-ESC |

**JOINT REPORT ON ADR**

In accordance with the scheduling order and Local Rule CV-88, the parties file this Joint Report on ADR. The parties have agreed that they will mediate with Don Philbin on or before April 13, 2022. The parties have agreed that they will each bear 50% Mr. Philbin's mediation fee.

AGREED:

By: */s/ Craig Thor Kimmel*
 Craig Thor Kimmel, Esq.
 Kimmel & Silverman, PC
 30 East Butler Pike
 Ambler, PA 19002

 *Attorneys for Plaintiff*

By: */s/ Thomas G. Jacks*
 Thomas G. Jacks, Esq.
 Hartline Barger, LLP
 8750 N. Central Expressway, Ste. 1600
 Dallas, TX 75231

 *Attorneys for Defendant*