IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TRACY ATKINSON, | § § § | |
| *Plaintiff,* | § § § | SA-21-CV-00178-OLG |
| vs. | § § § | |
| PRO CUSTOM SOLAR LLC D/B/A MOMENTUM SOLAR, | § § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation on the parties' cross motions for summary judgment. All deadlines in the governing scheduling order have expired, and there are no other pending pretrial motions in this case. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 1st day of September, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE